UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROOFERS' PENSION FUND; ROOFERS' UNIONS WELFARE TRUST FUND; CHICAGO ROOFERS' APPRENTICESHIP AND TRAINING FUND; ROOFING INDUSTRY ADVANCEMENT AND RESEARCH FUND; ROOFERS' LOCAL 11 PROMOTIONAL AND ORGANIZATIONAL FUND; NATIONAL ROOFING INDUSTRY PENSION FUND; ROOFERS AND WATERPROOFERS RESEARCH AND EDUCATION JOINT TRUST FUND; and UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS LOCAL NO. 11, <br><br>　　　　Plaintiffs, <br><br>　vs. <br><br>TOLBERT'S ROOFING & CONSTRUCTION SERVICES, INC., an Illinois corporation, <br><br>　　　　Defendant. | CASE NO.: 23-cv-4545 <br><br> JUDGE: <br> MARY M. ROWLAND <br><br> MAGISTRATE JUDGE: <br> YOUNG B. KIM |

## STIPULATION OF DISMISSAL

NOW COME the Plaintiffs, the ROOFERS' PENSION FUND *et al*., by and through their counsel, JOHNSON & KROL, LLC, and the Defendant, TOLBERT'S ROOFING & CONSTRUCTION SERVICES, INC., by and through its counsel, ALLOCCO, MILLER & CAHILL, P.C., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby submit this Stipulation of Dismissal as follows:

WHEREAS, the Defendant filed a Voluntary Petition for Non-Individuals Filing for Bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on May 6, 2025;

WHEREAS, the Chapter 7 Trustee reported to the bankruptcy court that there was no property available for distribution on June 27, 2025;

WHEREAS, the bankruptcy case (Case No. 25-6962) was subsequently closed by the court on June 30, 2025; and

WHEREAS, the Parties stipulate to the dismissal of the above-captioned matter without prejudice.

**Agreed and so stipulated:**

| | |
|---|---|
| /s/ William M. Blumthal, Jr. | /s/ Todd A. Miller |
| One of Plaintiffs' Attorneys | One of Defendant's Attorneys |
| JOHNSON & KROL, LLC | ALLOCCO, MILLER & CAHILL, P.C. |
| 311 S. Wacker Drive, Suite 1050 | 20 N. Wacker Drive, Suite 3517 |
| Chicago, Illinois 60606 | Chicago, Illinois 60606 |
| (312) 757-5477 | (312) 675-4325 |
| blumthal@johnsonkrol.com | tam@alloccomiller.com |