## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Roofers' Pension Fund, et al.

                                            Plaintiff,

v.                                                                          Case No.: 1:23–cv–04545

                                                                          Honorable Mary M. Rowland

Tolbert's Roofing & Construction Services, Inc.

                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 16, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' stipulation of dismissal [51]. Defendant filed a Voluntary Petition for Non–Individuals Filing for Bankruptcy pursuant to Chapter 7 of the Bankruptcy Code on May 6, 2025. The Chapter 7 Trustee reported to the bankruptcy court that there was no property available for distribution on June 27, 2025. The bankruptcy case (Case No. 25–6962) was subsequently closed by the court on June 30, 2025. The Court therefore dismisses the case without prejudice. Each side to bear its own attorney fees and costs. Civil case terminated. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.